IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:03CR3070 |
| v. | ) | |
| | ) | |
| MARTIN COVIAN MONTES, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to substitute counsel, filing 40, is granted and Michael F. Maloney is substituted for Carlos Monzon as attorney of record for the defendant.

DATED this 23rd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge